**[J-106-2019]**
**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2624 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 166 DB 2017 |
| | : | |
| | : | Attorney Registration No. 71711 |
| v. | : | |
| | : | (Snyder County) |
| | : | |
| FRANK G. FINA, | : | |
| | : | |
| Respondent | : | ARGUED:  November 20, 2019 |

## CONCURRING AND DISSENTING STATEMENT

**JUSTICE DOUGHERTY**                    **DECIDED:  FEBRUARY 19, 2020**

I agree with the learned Majority that respondent Frank G. Fina violated Pa.R.P.C. 3.10.  I respectfully disagree, however, that the present circumstances warrant as severe a sanction as the recommended suspension of one year and one day.  *See, e.g.*, *Office of Disciplinary Counsel v. Cynthia Baldwin*, __ A.3d __, 2587 DD3 (Pa. February 19, 2020) (imposing disciplinary sanction of public reprimand for multiple rule violations after balancing attorney's lack of prior disciplinary history against her lack of remorse).  I therefore dissent from the Court's order.